# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| DARRYL PERNELL BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-211 |
| | ) | |
| TARA A. KAPLAN and | ) | |
| SGT. GILLISON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Currently before the Court is Plaintiff's Motion to Voluntarily Dismiss Without Prejudice. Doc. 9. A plaintiff may voluntarily dismiss a complaint as a matter of right if the defendant consents to the dismissal or the notice is filed before the defendant serves either an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1). A plaintiff's right to file a notice of dismissal under Rule 41(a)(1) before the service of an answer or a motion for summary judgment is "absolute" and "unconditional." *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990). Here, no defendant has appeared. *See generally* docket. Therefore, Plaintiff's Motion to Dismiss is **GRANTED**. Doc. 9. His Complaint is

**DISMISSED, without prejudice**.[1]  All pending motions, including the Report and Recommendation entered before the Plaintiff consented to plenary disposition by the undersigned, are **DISMISSED, as moot**. Docs. 2 & 4.  The Clerk of Court is **DIRECTED** to close this case.

 **SO ORDERED,** this 6th day of October, 2022.

          _____
          CHRISTOPHER L. RAY
          UNITED STATES MAGISTRATE JUDGE
          SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff consented to plenary disposition of this case by the undersigned United States magistrate judge.  *See* doc. 8; *see also* 28 U.S.C. § 636(c).